# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark Winsock<br>    aka Mark A. Winsock<br>    Liane L. Winsock<br><br>    **Debtors** | BK NO. 18-02046 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I and index same on the master mailing list.

                                                  Respectfully submitted,

                                                  **/s/ James C. Warmbrodt, Esquire**
                                                  James C. Warmbrodt, Esquire
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA  19106
                                                  215-627-1322