United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-02046-RNO |
| Mark Winsock | Chapter 13 |
| Liane L. Winsock | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 02, 2021 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5140033 | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Feb 04, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST afogle@rascrane.com |
| Ashlee Crane Fogle | on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust afogle@rascrane.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI LCF Mortgage Loan Trust I bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pamb@fedphe.com |
| John Fisher | on behalf of Creditor Choice One Community Credit Union johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Lisa M. Doran | on behalf of Plaintiff Liane L. Winsock ldoran@dorananddoran.com |

Lisa M. Doran
    on behalf of Debtor 1 Mark Winsock ldoran@dorananddoran.com

Lisa M. Doran
    on behalf of Plaintiff Mark Winsock ldoran@dorananddoran.com

Lisa M. Doran
    on behalf of Debtor 2 Liane L. Winsock ldoran@dorananddoran.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-02046-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Mark Winsock
16 Montgomery Ave
West Pittston PA 18643-2832

Liane L. Winsock
16 Montgomery Ave
West Pittston PA 18643-2832

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/02/2021.

Name and Address of Alleged Transferor(s):

Claim No. 11: Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609

Name and Address of Transferee:

Mill City Mortgage Loan Trust 2019-GS2
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Mill City Mortgage Loan Trust 2019-GS2
Fay Servicing, LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/04/21

Terrence S. Miller
**CLERK OF THE COURT**