United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-02046-MJC |
| Mark Winsock | Chapter 13 |
| Liane L. Winsock | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Jul 14, 2023 | Form ID: 3180W | Total Noticed: 61 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mark Winsock, Liane L. Winsock, 16 Montgomery Ave, West Pittston, PA 18643-2832 |
| cr | + | Choice One Community Credit Union, 101 Hazle Street, Wilkes-Barre, PA 18702-4305 |
| cr | + | Citibank, N.A., as trustee for CMLTI Asset Trust, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006-3357 |
| 5061579 | | CFNA/Kost Tire, PO Box 81315, Cleveland, OH 44181-0315 |
| 5061580 | | Choice One Community CU, PO Box 1205, Wilkes Barre, PA 18703-1205 |
| 5083946 | + | Choice One Community Credit Union, c/o Attorney John Fisher, 126 South Main Street, Pittston, PA 18640-1739 |
| 5061581 | | ChoiceOne Community CU, PO Box 1205, Wilkes Barre, PA 18703-1205 |
| 5140033 | | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5140032 | | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, PO Box 814609,, Dallas, TX 753814609 |
| 5061574 | | Doran & Doran PC, 69 Public Sq Ste 700, Wilkes-Barre, PA 18701-2588 |
| 5083945 | + | John Fisher, Esquire, 126 South Main Street, Pittston, PA 18640-1739 |
| 5388496 | | Mill City Mortgage Loan Trust 2019-GS2, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5388497 | + | Mill City Mortgage Loan Trust 2019-GS2, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609, Mill City Mortgage Loan Trust 2019-GS2 Fay Servicing, LLC 75381-4609 |
| 5061598 | | SBA - US Dept of the Treasury, Bureau of the Fiscal Service, PO Box 830794, Birmingham, AL 35283-0794 |
| 5061599 | | Service1st, Customer Service, PO Box 30495, Tampa, FL 33630-3495 |
| 5061600 | + | Service1st FCU, Corporate Office, 1985 Montour Blvd Ofc, Danville, PA 17821-8160 |
| 5061573 | | Winsock Liane L, 16 Montgomery Ave, West Pittston, PA 18643-2832 |
| 5061572 | | Winsock Mark, 16 Montgomery Ave, West Pittston, PA 18643-2832 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECF@fayservicing.com | Jul 14 2023 18:42:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5061575 | | Email/PDF: bncnotices@becket-lee.com | Jul 14 2023 18:51:21 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 5077341 | | Email/PDF: bncnotices@becket-lee.com | Jul 14 2023 18:51:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5061576 | | EDI: BANKAMER.COM | Jul 14 2023 22:40:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 5083581 | + | EDI: BANKAMER2.COM | Jul 14 2023 22:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5061577 | | Email/Text: ECMBKMail@Caliberhomeloans.com | Jul 14 2023 18:42:00 | Caliber Home Loans, 3701 Regent Blvd Ste 100, Irving, TX 75063-2295 |
| 5083959 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jul 14 2023 18:42:00 | Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 5061578 | | EDI: CAPITALONE.COM | Jul 14 2023 22:40:00 | Capital One Bank, Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5061582 | | EDI: WFNNB.COM | Jul 14 2023 22:40:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy Dept., PO Box 182125, Columbus, OH 43218-2125 |
| 5061583 | | EDI: WFNNB.COM | Jul 14 2023 22:40:00 | Comenity Bank/Boscov's, Bankruptcy Dept., PO Box 183043, Columbus, OH 43218-3043 |
| 5061584 | | EDI: WFNNB.COM | Jul 14 2023 22:40:00 | Comenity Bank/Limited, Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5061585 | | EDI: WFNNB.COM | Jul 14 2023 22:40:00 | Comenity Bank/Victoria Secrets, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5061586 | | EDI: WFNNB.COM | Jul 14 2023 22:40:00 | Comenity Capital/Ulta, Bankruptcy Dept., PO Box 183003, Columbus, OH 43218-3003 |
| 5061587 | | EDI: WFNNB.COM | Jul 14 2023 22:40:00 | Comenity-New York & Co, Bankruptcy Department, PO Box 182273, Columbus, OH 43218-2273 |
| 5095619 | | EDI: CRFRSTNA.COM | Jul 14 2023 22:40:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 5084314 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2023 18:51:16 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 5061590 | | EDI: DISCOVER.COM | Jul 14 2023 22:40:00 | Discover, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 5061593 | + | EDI: CITICORP.COM | Jul 14 2023 22:40:00 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 5061588 | | Email/PDF: DellBKNotifications@resurgent.com | Jul 14 2023 18:51:17 | Dell Financial Services, PO Box 81607, Austin, TX 78708-1607 |
| 5082196 | | EDI: Q3G.COM | Jul 14 2023 22:40:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5061589 | | EDI: DISCOVER.COM | Jul 14 2023 22:40:00 | Discover, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 5063938 | | EDI: DISCOVER.COM | Jul 14 2023 22:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5061592 | | EDI: CITICORP.COM | Jul 14 2023 22:40:00 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 5084220 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2023 18:51:19 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5084315 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2023 18:51:21 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5061594 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2023 18:51:23 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5084226 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2023 18:42:00 | Midland Funding, LLC, Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5071420 | ^ | MEBN | Jul 14 2023 18:37:47 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 5061595 | | EDI: NFCU.COM | Jul 14 2023 22:40:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 5061596 | | EDI: NFCU.COM | Jul 14 2023 22:40:00 | Navy Federal Credit Union, PO Box 3501, Merrifield, VA 22119-3501 |
| 5061597 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2023 18:42:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5087008 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2023 18:42:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 5062291 | + | EDI: RECOVERYCORP.COM | Jul 14 2023 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5084574 | | EDI: Q3G.COM | Jul 14 2023 22:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5084575 | | EDI: Q3G.COM | Jul 14 2023 22:40:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5061601 | | EDI: RMSC.COM | Jul 14 2023 22:40:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5061602 | | EDI: RMSC.COM | Jul 14 2023 22:40:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 5061603 | | EDI: RMSC.COM | Jul 14 2023 22:40:00 | Synchrony Bank/JCP, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5061604 | | EDI: RMSC.COM | Jul 14 2023 22:40:00 | Synchrony Bank/TJM, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5061605 | | EDI: RMSC.COM | Jul 14 2023 22:40:00 | Synchrony/PayPal, PO Box 965005, Orlando, FL 32896-5005 |
| 5061591 | | EDI: USBANKARS.COM | Jul 14 2023 22:40:00 | Elan, Cardmember Service, PO Box 6335, Fargo, ND 58125-6335 |
| 5061606 | | Email/Text: birminghamtops@sba.gov | Jul 14 2023 18:42:24 | US Small Business Administration, 801 Tom Martin Dr Ste 120, Birmingham, AL 35211-6424 |
| 5086782 | | Email/PDF: bncnotices@becket-lee.com | Jul 14 2023 18:51:17 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Mill City Mortgage Loan Trust 2019-GS2, |
| cr | | Mill City Mortgage Loan Trust 2019-GS2, Wilmington |
| cr | | Mill City Mortgage Loan Trust 209-GS2 |
| cr | | U.S. Bank Trust National Association, and any succ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2023   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust afogle@rascrane.com |
| Ashlee Crane Fogle | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST afogle@rascrane.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI LCF Mortgage Loan Trust I bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pamb@fedphe.com |
| John Fisher | on behalf of Creditor Choice One Community Credit Union johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Lisa M. Doran | on behalf of Debtor 1 Mark Winsock ldoran@dorananddoran.com |
| Lisa M. Doran | on behalf of Plaintiff Mark Winsock ldoran@dorananddoran.com |
| Lisa M. Doran | on behalf of Debtor 2 Liane L. Winsock ldoran@dorananddoran.com |
| Lisa M. Doran | on behalf of Plaintiff Liane L. Winsock ldoran@dorananddoran.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Mark Winsock<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–7497<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Liane L. Winsock<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–8901<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18–bk–02046–MJC | |

## Order of Discharge           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark Winsock
aka Mark A. Winsock

Liane L. Winsock

**By the court:**

7/14/23

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**