Fill in this information to identify the case:

Debtor 1   Liane L. Winsock

Debtor 2   Mark Winsock
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number   18-02046 MJC

Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** U.S. Bank Trust National Association, and any successor in interest, not in its individual capacity, but solely as owner trustee for Mill City Mortgage Loan Trust 2019-GS2

**Court claim no.** (if known):   11-1

**Last 4 digits** of any number you use to identify the debtor's account:   3203

**Property address:**
16 Montgomery Avenue
West Pittston, PA 18643-2832

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:              (a)    $ 11,093.77
b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b)    $ 900.00
c. **Total.** Add lines a and b.                           (c)    $ 11,993.77

Creditor asserts that the debtor(s) are contractually obligated for   03 / 02 / 2023
the postpetition payment(s) that first became due on:

Form 4100R                    Response to Notice of Final Cure Payment                    page 1

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*
Michael Farrington
09 Aug 2023, 14:52:50, EDT

Date   08/09/2023

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark Winsock aka Mark A. Winsock<br>Liane L. Winsock<br>      Debtor(s)<br><br>U.S. Bank Trust National Association, and any successor in interest, not in its individual capacity, but solely as owner trustee for Mill City Mortgage Loan Trust 2019-GS2<br>      Movant<br>vs.<br><br>Mark Winsock aka Mark A. Winsock<br>Liane L. Winsock<br>      Debtor(s)<br><br>Jack N. Zaharopoulos,<br>      Trustee | BK NO. 18-02046 MJC<br><br>Chapter 13<br><br>Related to Claim No. 11-1 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 9, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Mark Winsock aka Mark A. Winsock
16 Montgomery Avenue
West Pittston, PA 18643-2832

Liane L. Winsock
16 Montgomery Avenue
West Pittston, PA 18643-2832

Attorney for Debtor(s) (via ECF)
Lisa M. Doran, Esq.
Doran & Doran, P.C.
69 Public Square, Suite 700
Wilkes-Barre, PA 18701

Trustee (via ECF)
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: August 9, 2023

/s/ Michael P. Farrington
Michael P. Farrington, Esquire
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
bkgroup@kmllawgroup.com

BK Filed date: 5/16/18  
Debtor name: Winsock  

Fay Servicing, LLC  
Post Petition Payment Ledger

| Pmt Due/Comments | Amt Due | Date Received | Amt Rec'd | Pmt Satisified | To/From Suspense | Suspense Balance |
|---|---|---|---|---|---|---|
| Begin Suspense | | | | | $ - | $ - |
| | | | | | $ - | $ - |
| 6/2/2018 | $ 1,743.53 | 6/5/2018 | $ 1,745.00 | 6/2/2018 | $ 1.47 | $ 1.47 |
| 7/2/2018 | $ 1,743.53 | 7/2/2018 | $ 1,750.00 | 7/2/2018 | $ 6.47 | $ 7.94 |
| 8/2/2018 | $ 1,743.53 | 8/3/2018 | $ 1,745.00 | 8/2/2018 | $ 1.47 | $ 9.41 |
| 9/2/2018 | $ 1,743.53 | 9/18/2018 | $ 1,743.53 | 9/2/2018 | $ - | $ 9.41 |
| 10/2/2018 | $ 1,743.53 | 10/17/2018 | $ 1,743.53 | 10/2/2018 | $ - | $ 9.41 |
| | | 11/15/2018 | $ 657.00 | | $ 657.00 | $ 666.41 |
| 11/2/2018 | $ 1,743.53 | 12/22/2018 | $ 2,820.65 | 11/2/2018 | $ 1,077.12 | $ 1,743.53 |
| 12/2/2018 | $ 1,743.53 | | | 12/2/2018 | $ (1,743.53) | $ - |
| 1/2/2019 | $ 1,743.53 | 1/28/2019 | $ 1,743.53 | 1/2/2019 | $ - | $ - |
| 2/2/2019 | $ 1,743.53 | 2/18/2019 | $ 1,743.53 | 2/2/2019 | $ - | $ - |
| 3/2/2019 | $ 1,743.53 | 3/18/2019 | $ 1,832.19 | 3/2/2019 | $ 88.66 | $ 88.66 |
| 4/2/2019 | $ 1,832.19 | 4/26/2019 | $ 1,832.19 | 4/2/2019 | $ - | $ 88.66 |
| 5/2/2019 | $ 1,832.19 | 5/29/2019 | $ 1,832.19 | 5/2/2019 | $ - | $ 88.66 |
| 6/2/2019 | $ 2,090.47 | 7/27/2019 | $ 2,090.47 | 6/2/2019 | $ - | $ 88.66 |
| 7/2/2019 | $ 2,090.47 | 8/28/2019 | $ 2,090.47 | 7/2/2019 | $ - | $ 88.66 |
| 8/2/2019 | $ 2,090.47 | 9/30/2019 | $ 2,090.47 | 8/2/2019 | $ - | $ 88.66 |
| 9/2/2019 | $ 2,090.47 | 10/26/2019 | $ 2,090.47 | 9/2/2019 | $ - | $ 88.66 |
| 10/2/2019 | $ 2,090.47 | 11/27/2019 | $ 2,090.47 | 10/2/2019 | $ - | $ 88.66 |
| 11/2/2019 | $ 2,090.47 | 11/23/2019 | $ 2,090.47 | 11/2/2019 | $ - | $ 88.66 |
| 12/2/2019 | $ 2,090.47 | 1/28/2020 | $ 2,090.47 | 12/2/2019 | $ - | $ 88.66 |
| 1/2/2020 | $ 2,090.47 | 2/26/2020 | $ 2,090.47 | 1/2/2020 | $ - | $ 88.66 |
| 2/2/2020 | $ 2,090.47 | 4/8/2020 | $ 2,156.16 | 2/2/2020 | $ 65.69 | $ 154.35 |
| 3/2/2020 | $ 2,156.16 | 5/19/2020 | $ 2,156.16 | 3/2/2020 | $ - | $ 154.35 |
| 4/2/2020 | $ 2,156.16 | 5/27/2020 | $ 2,156.16 | 4/2/2020 | $ - | $ 154.35 |
| 5/2/2020 | $ 2,156.16 | 6/16/2020 | $ 2,156.16 | 5/2/2020 | $ - | $ 154.35 |
| 6/2/2020 | $ 2,156.16 | 6/27/2020 | $ 2,156.16 | 6/2/2020 | $ - | $ 154.35 |
| 7/2/2020 | $ 2,156.16 | 7/27/2020 | $ 2,156.16 | 7/2/2020 | $ - | $ 154.35 |
| 8/2/2020 | $ 2,156.16 | 8/28/2020 | $ 2,156.16 | 8/2/2020 | $ - | $ 154.35 |
| 9/2/2020 | $ 2,156.16 | 9/30/2020 | $ 2,156.16 | 9/2/2020 | $ - | $ 154.35 |
| 10/2/2020 | $ 2,156.16 | 10/26/2020 | $ 2,156.16 | 10/2/2020 | $ - | $ 154.35 |
| 11/2/2020 | $ 2,156.16 | 11/25/2020 | $ 2,156.16 | 11/2/2020 | $ - | $ 154.35 |
| 12/2/2020 | $ 2,156.16 | 11/24/2020 | $ 2,156.16 | 12/2/2020 | $ - | $ 154.35 |
| 1/2/2021 | $ 2,156.16 | 1/30/2021 | $ 2,156.16 | 1/2/2021 | $ - | $ 154.35 |
| 2/2/2021 | $ 2,156.16 | 2/25/2021 | $ 2,156.16 | 2/2/2021 | $ - | $ 154.35 |
| 3/2/2021 | $ 1,933.08 | 3/25/2021 | $ 2,156.16 | 3/2/2021 | $ 223.08 | $ 377.43 |
| 4/2/2021 | $ 1,933.08 | 4/26/2021 | $ 2,156.16 | 4/2/2021 | $ 223.08 | $ 600.51 |
| 5/2/2021 | $ 1,933.08 | 6/12/2021 | $ 2,100.00 | 5/2/2021 | $ 166.92 | $ 767.43 |
| 6/2/2021 | $ 1,933.08 | 7/17/2021 | $ 1,935.00 | 6/2/2021 | $ 1.92 | $ 769.35 |
| 7/2/2021 | $ 1,933.08 | 7/27/2021 | $ 1,935.00 | 7/2/2021 | $ 1.92 | $ 771.27 |
| 8/2/2021 | $ 1,933.08 | 8/28/2021 | $ 1,935.00 | 8/2/2021 | $ 1.92 | $ 773.19 |
| 9/2/2021 | $ 1,933.08 | 9/27/2021 | $ 1,935.00 | 9/2/2021 | $ 1.92 | $ 775.11 |
| 10/2/2021 | $ 1,928.95 | 10/27/2021 | $ 1,935.00 | 10/2/2021 | $ 6.05 | $ 781.16 |
| 11/2/2021 | $ 1,928.95 | 12/2/2021 | $ 1,935.00 | 11/2/2021 | $ 6.05 | $ 787.21 |
| 12/2/2021 | $ 1,928.95 | 12/27/2021 | $ 1,935.00 | 12/2/2021 | $ 6.05 | $ 793.26 |
| 1/2/2022 | $ 1,928.95 | 2/12/2022 | $ 1,935.00 | 1/2/2022 | $ 6.05 | $ 799.31 |
| 2/2/2022 | $ 1,928.95 | 3/24/2022 | $ 4,000.00 | 2/2/2022 | $ 2,071.05 | $ 2,870.36 |
| 3/2/2022 | $ 1,928.95 | | | 3/2/2022 | $ (1,928.95) | $ 941.41 |
| 4/2/2022 | $ 1,931.79 | 6/3/2022 | $ 2,000.00 | 4/2/2022 | $ 68.21 | $ 1,009.62 |
| 5/2/2022 | $ 1,931.79 | 8/16/2022 | $ 2,000.00 | 5/2/2022 | $ 68.21 | $ 1,077.83 |
| 6/2/2022 | $ 1,931.79 | 10/14/2022 | $ 2,000.00 | 6/2/2022 | $ 68.21 | $ 1,146.04 |
| | | 11/3/2022 | $ 1,000.00 | | $ 1,000.00 | $ 2,146.04 |

| Date | Amount | Date | Payment | Date | Applied | Balance |
|---|---|---|---|---|---|---|
| 7/2/2022 | $ 1,931.79 | 11/10/2022 | $ 1,000.00 | 7/2/2022 | $ (931.79) | $ 1,214.25 |
|  |  | 11/25/2022 | $ 1,000.00 |  | $ 1,000.00 | $ 2,214.25 |
| 8/2/2022 | $ 1,931.79 | 12/8/2022 | $ 1,000.00 | 8/2/2022 | $ (931.79) | $ 1,282.46 |
| 9/2/2022 | $ 1,931.79 | 1/11/2023 | $ 2,000.00 | 9/2/2022 | $ 68.21 | $ 1,350.67 |
|  |  | 1/19/2023 | $ 1,000.00 |  | $ 1,000.00 | $ 2,350.67 |
| 10/2/2022 | $ 1,931.79 | 2/2/2023 | $ 1,000.00 | 10/2/2022 | $ (931.79) | $ 1,418.88 |
|  |  | 2/16/2023 | $ 1,000.00 |  | $ 1,000.00 | $ 2,418.88 |
| 11/2/2022 | $ 1,931.79 | 3/16/2023 | $ 2,000.00 | 11/2/2022 | $ 68.21 | $ 2,487.09 |
| 12/2/2022 | $ 1,931.79 | 5/19/2023 | $ 2,000.00 | 12/2/2022 | $ 68.21 | $ 2,555.30 |
| 1/2/2023 | $ 1,931.79 | 6/19/2023 | $ 2,000.00 | 1/2/2023 | $ 68.21 | $ 2,623.51 |
| 2/2/2023 | $ 1,931.79 |  |  | 2/2/2023 | $ (1,931.79) | $ 691.72 |
| 3/2/2023 | $ 1,931.79 |  |  |  | $ (1,931.79) | $ (1,240.07) |
| 4/2/2023 | $ 2,020.54 |  |  |  | $ (2,020.54) | $ (3,260.61) |
| 5/2/2023 | $ 1,958.29 |  |  |  | $ (1,958.29) | $ (5,218.90) |
| 6/2/2023 | $ 1,958.29 |  |  |  | $ (1,958.29) | $ (7,177.19) |
| 7/2/2023 | $ 1,958.29 |  |  |  | $ (1,958.29) | $ (9,135.48) |
| 8/2/2023 | $ 1,958.29 |  |  |  | $ (1,958.29) | $ (11,093.77) |
| Post Petition Fees | $ 900.00 |  |  |  | $ (900.00) | $ (11,993.77) |
| **TOTAL DUE** |  |  |  |  | $ - | **$ (11,993.77)** |