United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-02046-MJC |
| Mark Winsock | Chapter 13 |
| Liane L. Winsock | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 17, 2023 | Form ID: fnldec | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Mark Winsock, Liane L. Winsock, 16 Montgomery Ave, West Pittston, PA 18643-2832 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 19, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST afogle@rascrane.com |
| Ashlee Crane Fogle | on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust afogle@rascrane.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI LCF Mortgage Loan Trust I bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pamb@fedphe.com |
| John Fisher | on behalf of Creditor Choice One Community Credit Union johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Lisa M. Doran | on behalf of Debtor 2 Liane L. Winsock ldoran@dorananddoran.com |

Lisa M. Doran
 on behalf of Plaintiff Liane L. Winsock ldoran@dorananddoran.com

Lisa M. Doran
 on behalf of Debtor 1 Mark Winsock ldoran@dorananddoran.com

Lisa M. Doran
 on behalf of Plaintiff Mark Winsock ldoran@dorananddoran.com

Michael Patrick Farrington
 on behalf of Creditor U.S. Bank Trust National Association and any successor in interest, not in its individual capacity, but solely as owner trustee for Mill City Mortgage Loan Trust 2019-GS2 mfarrington@kmllawgroup.com

United States Trustee
 ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mark Winsock,
aka Mark A. Winsock,

**Debtor 1**

Liane L. Winsock,

**Debtor 2**

Chapter 13

Case No. 5:18−bk−02046−MJC

Social Security No.:
xxx−xx−7497    xxx−xx−8901

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: October 17, 2023

**fnldec** (01/22)